UNITED STATES BANKRUPTCY COURT

DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE:<br><br>Mattie Charlene Strickland,<br><br>DEBTOR.<br><br>Address:  6470 Strickland Road, Green Sea, SC 29545<br><br>Last four digits of Social-Security or Individual Tax-Payer-Identification (ITIN) No(s)., (if any): 2363 | CASE NO:   19-00181-jw<br><br>CHAPTER 12 |

### NOTICE OF MOTION TO DISMISS AND OPPORTUNITY FOR HEARING

J. Kershaw Spong, Chapter 12 Trustee, has filed papers with the Court to dismiss the Debtor's bankruptcy case for failure to cooperate with the Trustee, failure to file monthly reports, and failure to apply to the Court for employment of Debtor's counsel.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in the application, or you want the court to consider your views on the application, then within twenty-one (21) days of service of this notice, you or your attorney must:

File with the court a written response, return, or objection at:

United States Bankruptcy Court
1100 Laurel Street
Columbia, SC 29201

Responses, returns, or objections filed by an attorney must be electronically filed in ecf.scb.uscourts.gov.

If you mail your response, return, or objection to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also send a copy to:

    J. Kershaw Spong, Chapter 12 Trustee
    Post Office Box 11449
    Columbia, SC 29201

Attend the hearing scheduled to be heard on **APRIL 24, 2019 at 10:30 a.m.** at the King and Queen Building, 145 King Street, Room 225, Charleston, SC 29401.

If no response, return, and/or objection is timely filed and served, no hearing will be held on this motion, except at the direction of the judge.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

                J. Kershaw Spong. (#531)
                Chapter 12 Trustee
                Post Office Box 11449
                Columbia, SC 29211
                (803) 929-1400 phone
                (803) 929-0300 fax
                Email: kspong@robinsongray.com

March 18, 2019

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| In Re: ) | Bankruptcy Case No. 19-00181-jw |
| ) | |
| Mattie Charlene Strickland, ) | Chapter 12 |
| ) | |
| Debtor. ) | |
| ) | |

## MOTION TO DISMISS

J. Kershaw Spong, Trustee, moves for an Order dismissing the captioned case for cause pursuant to Debtor's failure to cooperate with the Chapter 12 Trustee and the requirements of Local Rule 2015-3. Debtor is required to provide the Trustee with certain information prior to the first meeting of creditors. The first meeting of creditors was held on February 22, 2019. After numerous requests both prior to and after the meeting of creditors, Debtor has still failed to provide the Trustee with proof of insurance on all Debtor's real and personal property and copies of the signature cards from Debtor's bank indicating that all Debtor's bank accounts have been designated as Debtor-in-Possession. Further, Debtor's first monthly report was due on or before February 20, 2019. Another monthly report will be due on March 20, 2019. Debtor has yet to file any monthly reports in this case. Finally, Debtor has failed to file an employment application seeking employment of Reid B. Smith as her bankruptcy counsel.

_____
J. Kershaw Spong (#531)
Chapter 12 Trustee
Post Office Box 11449
Columbia, SC 29211
(803) 929-1400
Email: kspong@robinsongray.com

Columbia, South Carolina
March 18, 2019

# U.S. BANKRUPTCY COURT
### District of South Carolina

Case Number: 19-00181-jw

### Order Dismissing Debtor's Chapter 12 Case

The relief set forth on the following pages, for a total of 2 pages including this page, is hereby **ORDERED**.

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy Case No. 19-00181-jw |
| | ) | |
| Mattie Charlene Strickland, | ) | Chapter 12 |
| | ) | |
| Debtor. | ) | |
| | ) | |

## ORDER DISMISSING DEBTOR'S CHAPTER 12 CASE

This matter comes before the Court on the Chapter 12 Trustee's Motion to Dismiss filed March 18, 2019. The motion was properly served on the Debtor, Debtor's counsel, United States Trustee, and all creditors of the Debtor and no objections have been filed. Therefore, based upon grounds of the Trustee's motion, the Debtor's Chapter 12 case is hereby dismissed.

AND IT IS SO ORDERED.

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| In Re: | ) Bankruptcy Case No. 19-00181-jw |
| | ) |
| Mattie Charlene Strickland, | ) Chapter 12 |
| | ) |
| Debtor. | ) |
| | ) CERTIFICATE OF SERVICE |
| | ) |

This is to certify that I am the paralegal for J. Kershaw Spong, Chapter 12 Trustee; that I have this day caused to be served upon the persons named below the **Notice of Motion to Dismiss and Opportunity for Hearing, Motion to Dismiss, and proposed Order Dismissing Debtor's Chapter 12 Case** in the above captioned matter by placing a copy of same in the United States Mail, postage prepaid, in envelopes addressed as follows:

See attached mailing matrix

_____
Melissa H. White, Paralegal for
J. Kershaw Spong (531)
Post Office Box 11449
Columbia, SC  29211
(803) 929-1400

Columbia, South Carolina

March 18, 2019

```
Label Matrix for local noticing          ARBORONE, ACA                            ArborOne ACA
0420-2                                   800 Woody Jones Blvd.                    PO Box 3699
Case 19-00181-jw                         Florence, SC 29501-7419                  Florence SC 29502-3699
District of South Carolina
Charleston
Mon Mar 18 10:16:44 EDT 2019

Edward J. Coyne                          First Premier Bank                       Suzanne Taylor Graham Grigg
Ward and Smith, P.A.                     Attn: Bankruptcy                         Nexsen Pruet, LLC
Post Office Box 7068                     Po Box 5524                              PO Drawer 2426
Wilmington, NC 28406-7068                Sioux Falls SD 57117-5524                Columbia, SC 29202-2426


Harvey Fertilizer & Gas Co.              Harvey Fertilizer and Gas Co.            Harvey Fertilizer and Gas Co.
Att: Mike Pollard                        c/o Edward J. Coyne III                  Edward J. Coyne III
PO Box 189                               Ward and Smith, P.A.                     Ward and Smith, P.A.
Kinston NC 28502-0189                    Post Office 7068                         Post Office Box 7068
                                         Wilmington, NC 28406-7068                Wilmington, NC  28406-7068


Helena Chemical Co.                      Kubota Credit Corp                       Kubota Credit Corp
PO Box 280067                            1000 Kubota Dr                           Attn: Bankruptcy
Columbia SC 29228                        Grapevine TX 76051-2334                  Po Box 2046
                                                                                  Grapevine TX 76099-2046


Kubota Credit Corporation                Julio E. Mendoza Jr.                     Merchants Ad
PO Box 9013                              Nexsen Pruet, LLC                        Attn: Bankruptcy
Addison, Texas 75001-9013                PO Drawer 2426                           56 North Florida St
                                         Columbia, SC 29202-2426                  Mobile AL 36607-3108


PRA Receivables Management, LLC          Pee Dee Md                               RSi East
PO Box 41021                             412 S Dargan St                          Attn: Bankruptcy
Norfolk, VA 23541-1021                   Florence SC 29506-2540                   1325 Garner Lane Ste C
                                                                                  Columbia SC 29210-8327


Reid B. Smith                            J. Kershaw Spong                         John Timothy Stack
Bird and Smith, PA                       Robinson Gray Stepp & Laffitte, LLC      Office of the United States Trustee
1712 Saint Julian Place, Suite 102       PO Box 11449                             1835 Assembly Street Suite 953
Columbia, SC 29204-2447                  Columbia, SC 29211-1449                  Columbia, SC 29201-2448


Mattie Charlene Strickland               Strickland Farms of Green Sea, Inc       Synchrony Bank/ JC Penneys
6470 Strickland Rd                       6470 Strickland Rd                       Attn:  Bankruptcy Dept
Green Sea, SC 29545-4338                 Green Sea SC 29545-4338                  Po Box 965060
                                                                                  Orlando FL 32896-5060


Terry Wayne Strickland                   Terry Wayne Strickland6470 Strickland Rd US Trustee's Office
6470 Strickland Rd                       Green Sea SC 29545                       Strom Thurmond Federal Building
Green Sea SC 29545-4338                                                           1835 Assembly St.
                                                                                  Suite 953
                                                                                  Columbia, SC 29201-2448
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Anderson Brothers Bank | (du)Anderson Brothers Bank | (u)ArborOne, ACA |

| | | |
|---|---|---|
| (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | (u)United Community Bank | End of Label Matrix<br>Mailable recipients   26<br>Bypassed recipients    5<br>Total                 31 |